# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-1111

_____

United States of America

*Plaintiff - Appellee*

v.

Theodore Manos

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: November 21, 2019
Filed: November 26, 2019
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

Shortly before Theodore Manos began serving a life term of supervised release in the District of Nebraska, he filed a motion to transfer jurisdiction over his supervision to the District of Minnesota and to modify some conditions of his release.

The district court[1] denied Manos's motion, initially and upon reconsideration, and he appeals.

Because Manos was not yet on supervised release when he requested a transfer of jurisdiction and a modification of terms, we conclude that the district court did not abuse its discretion in denying his motion. See 18 U.S.C. § 3605 (sentencing court may transfer jurisdiction over person on supervised release to another district court with concurrence of that court); see also United States v. Henkel, 358 F.3d 1013, 1015 (8th Cir. 2004) (noting that prisoner may apply to district court for appropriate modification under 18 U.S.C. § 3583(e)(2) upon release).

_____

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.